IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 20-CV-3017

THE UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DAVID C. BADER,

      Defendant.

---

## UNITED STATES' COMPLAINT

---

The United States of America, through its undersigned counsel, files this Complaint and alleges as follows:

### INTRODUCTION

1.     This is a civil action timely brought by the United States to reduce to judgment certain outstanding federal tax liabilities assessed against Defendant David C. Bader.

2.     This action is commenced pursuant to 26 U.S.C. § 7401 at the direction of a delegate of the Attorney General of the United States and with the authorization and request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

### JURISDICTION AND VENUE

3.     The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1340, 28 U.S.C. § 1345, and 26 U.S.C. § 7402.

4.      Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1396, because it is the district where the tax liabilities at issue arose and the district where the Defendant resides.

## IDENTIFICATION OF DEFENDANT

5.      Defendant Bader is an adult individual believed to be currently residing in this judicial district. He is named as the Defendant in this action because he has unpaid federal tax liabilities.

## COUNT I
*Reduce Federal Income Tax Assessments to Judgment*

6.      Defendant Bader failed to file federal individual income tax returns for the 2004 through 2007 tax years.

7.      The IRS conducted an audit and issued a statutory notice of deficiency for each of those years.

8.      After Defendant Bader failed to timely petition the United States Tax Court to challenge the notice of deficiency, a delegate of the Secretary of the Treasury made timely assessments against Defendant Bader for unpaid income taxes, penalties, and interest for the 2004 through 2007 tax years as follows:

**Form 1040 Assessments**

| Tax Year | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of September 18, 2020 |
|---|---|---|---|---|
| 2004 | 10/11/2010 | Tax Assessed: | $ 99,497.00 | |
| | 10/11/2010 | Estimated Tax Penalty: | 2,851.26 | |
| | 10/11/2010 | Late Filing Penalty: | 22,386.83 | |
| | 10/11/2010 | Failure to Pay Penalty: | 24,874.25 | |
| | 10/11/2010 | Interest Assessed: | 48,303.84 | |
| | 8/3/2015 | Interest Assessed: | 32,387.95 | $288,080.22 |
| 2005 | 10/11/2010 | Tax Assessed: | $ 79,878.00 | |
| | 10/11/2010 | Estimated Tax Penalty: | 3,204.02 | |
| | 10/11/2010 | Late Filing Penalty: | 17,972.55 | |

| Tax Year | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of September 18, 2020 |
|---|---|---|---|---|
| 2005 | 10/11/2010 | Failure to Pay Penalty: | 19,969.50 | |
| | 10/11/2010 | Interest Assessed: | 30,130.67 | |
| | 8/3/2015 | Interest Assessed: | 24,735.31 | $219,994.28 |
| 2006 | 10/11/2010 | Tax Assessed: | $ 74,042.00 | |
| | 10/11/2010 | Estimated Tax Penalty: | 3,503.98 | |
| | 10/11/2010 | Late Filing Penalty: | 16,659.45 | |
| | 10/11/2010 | Failure to Pay Penalty: | 15,548.82 | |
| | 10/11/2010 | Interest Assessed: | 19,037.68 | |
| | 8/3/2015 | Interest Assessed: | 21,075.80 | |
| | 8/3/2015 | Failure to Pay Penalty: | 2,961.68 | $191.151.24 |
| 2007 | 1/10/2011 | Tax Assessed: | $ 15,112.00 | |
| | 1/10/2011 | Estimated Tax Penalty: | 687.77 | |
| | 1/10/2011 | Late Filing Penalty: | 3,400.20 | |
| | 1/10/2011 | Failure to Pay Penalty: | 2,493.48 | |
| | 1/10/2011 | Interest Assessed: | 2,431.11 | |
| | 8/3/2015 | Interest Assessed: | 3,676.85 | |
| | 8/3/2015 | Failure to Pay Penalty: | 1,284.52 | $36,395.57 |
| | | | **Total:** | **$735,621.31** |

9.     Despite timely notice and demand for payment of the assessments described above, Defendant Bader has neglected, failed, or refused to fully pay the assessments made against him.

10.     Since the dates of the above-described assessments, interest, penalties, and statutory additions have accrued and will continue to accrue, as provided by law.

11.     As of September 18, 2020, Defendant Bader owed the United States $735,621.31 on the assessments described above.

12.     Under 26 U.S.C. § 7402(a), the United States is entitled to a judgment against Defendant Bader for the unpaid balance of the assessed amounts described above, plus statutory interest and any other additions accruing to the date of payment.

\\

- 3 -

## **REQUEST FOR RELIEF**

WHEREFORE, the United States respectfully requests that the Court:

A.     Enter judgment in favor of the United States and against Defendant Bader for the 2004 through 2007 tax years in the amount of $735,621.31, plus statutory interest under 26 U.S.C. §§ 6621 & 6622 and 28 U.S.C. § 1961(c)(1) and any other additions accruing from September 18, 2020 to the date of payment; and

B.     Award the United States its costs incurred in this proceeding and any such other relief as the Court deems just and proper.


Dated: <u>October 7, 2020</u>                    Respectfully Submitted,

                                              RICHARD E. ZUCKERMAN
                                              Principal Deputy Assistant Attorney General

                                               <u>/s/ *Ryan S. Watson*           </u>
                                              RYAN S. WATSON
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice

                                              *Attorneys for the United States of America*