IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:20-cv-03017-CNS-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID C. BADER,

    Defendant.

## ORDER

Before the Court is the Report and Recommendation (ECF No. 62 ) by United States Magistrate Judge Kristen L. Mix issued on February 6, 2023, recommending that the United States' Motion for Summary Judgment (ECF No. 50) be granted. For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Magistrate Judge Mix's Recommendation.

Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. When a magistrate judge submits a recommendation, the Court must "determine de novo any part of the magistrate judge's

1

[recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the Court is "accorded considerable discretion" and "may review a magistrate's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge Mix's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge Mix's Recommendation as an Order of this Court (ECF No. 62). Plaintiff's motion for summary judgment (ECF No. 50) is GRANTED.

It is FURTHER ORDERED that judgment enter in favor of the United States and against Defendant David Bader in the amount of $735,621.31, plus statutory interest under 26 U.S.C. §§ 6621 & 6622 and 28 U.S.C. § 1961(c)(1), and any other additions accruing from August 19, 2022, to the date of payment; and costs incurred in this proceeding.

DATED this 22nd day of February 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge